# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALFONZA KIZZIE, | |
| Plaintiff, | No. 3:12-cv-1236 |
| v. | (JUDGE CAPUTO) |
| WARDEN LAMUS, *et. al.*, | (MAGISTRATE JUDGE SMYSER) |
| Defendants. | |

## **ORDER**

**NOW** this 6th day of August, 2012, upon review of the Report and Recommendation of Magistrate Judge J. Andrew Smyser (Doc. 9) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that the Report and Recommendation (Doc. 115) is **ADOPTED**. The Amended Complaint is **DISMISSED** and the Clerk of Court is directed to mark this case as **CLOSED**.

                                                /s/ A. Richard Caputo  
                                                A. Richard Caputo  
                                                United States District Judge